SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Bvld., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Stacey Hart

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STACEY HART, <br><br> Plaintiff, <br><br> v. <br><br> SPEEDY CASH, <br><br><br><br> Defendants. | Case No.: 2:18-CV-0-00309-TLN-AC <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT SPEEDY CASH |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Stacey Hart and defendant Speedy Cash, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement will be finalized within 21 days.

Dated:   April 4, 2018

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff
Stacey Hart

NOTICE OF SETTLEMENT - 1