1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  Scott M. Johnson (SBN 287182)
   SJohnson@sagarialaw.com
5  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste 200
6  Roseville, CA 95661
   Telephone:  (408) 279-2288
7  Facsimile:  (408) 297-2299

8  Attorneys for Plaintiff Stacey Hart

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **STACY HART**, | Case No.: 2:18-cv-00309-TLN-AC |
| Plaintiff, | Assigned to: Hon. Troy L. Nunley<br>Referred to: Hon. Allison Claire |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT SPEEDY CASH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| **SPEEDY CASH**, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff Stacy Hart, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant Speedy Cash, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant in part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (1)  A notice off dismissal before the opposing party either serves an answer or a motion for summary judgment.

Defendant Speedy Cash has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: April 25, 2018               **Sagaria Law, P.C.**

                                          By:     */s/ Elliot Gale*
                                                 Elliot W. Gale, Esq.
                                                 Attorney for Plaintiff Stacy Hart